NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICROSOFT CORPORATION,**
*Appellant*

**v.**

**IPA TECHNOLOGIES INC.,**
*Cross-Appellant*

---

2021-1412, -1413, -1414, -1416, -1417, -1418, -1419, -1420, -1421, -1422, -1423, -1424, -1440, -1442

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00810, IPR2019-00811, IPR2019-00812, IPR2019-00813, IPR2019-00814, IPR2019-00835, IPR2019-00836, and IPR2019-00837.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

IPA Technologies Inc. moves for leave to file an enlarged principal and response brief of up to 21,500 words and an enlarged reply brief of up to 8,500 words. Microsoft Corporation opposes the motion but requests a word

enlargement for the response and reply brief up to 17,500 words if IPA's motion is granted.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. IPA's principal and response brief is not to exceed 16,500 words, Microsoft's response and reply brief is not to exceed 14,000 words, and IPA's reply brief is not to exceed 7,000 words.

FOR THE COURT

March 17, 2021 /s/ Peter R. Marksteiner
Date Peter R. Marksteiner
Clerk of Court

s32