# United States Court of Appeals for the Federal Circuit

---

**MICROSOFT CORPORATION,**
*Appellant*

**v.**

**IPA TECHNOLOGIES INC.,**
*Cross-Appellant*

---

2021-1412, 2021-1413, 2021-1414, 2021-1416, 2021-1417, 2021-1418, 2021-1419, 2021-1420, 2021-1421, 2021-1422, 2021-1423, 2021-1424, 2021-1440, 2021-1442

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00810, IPR2019-00811, IPR2019-00812, IPR2019-00813, IPR2019-00814, IPR2019-00835, IPR2019-00836, IPR2019-00837.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, REVERSED IN PART, AND REMANDED**

FOR THE COURT

April 1, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court